UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-21730-Civ-COOKE/GOODMAN

ROSMERY CHANSUOLME,

    Plaintiff,

vs.

CIBONEY, INC. and JOSE R. MORALES,

    Defendants.

_____/

## ORDER ADMINISTRATIVELY CLOSING CASE AND REQUIRING PARTIES TO SUBMIT SETTLEMENT AGREEMENT

THIS CASE is before me upon the Plaintiff's Notice of Settlement (ECF No. 20). The parties have amicably resolved this matter. Because this is an action for recovery of wages brought pursuant to the Fair Labor Standards Act, as amended, 29 U.S.C. § 216(B) ("FLSA"), I must scrutinize the parties' settlement agreement for fairness. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352-55 (11th Cir. 1982).

It is therefore **ORDERED and ADJUDGED** that:

1. Within twenty-one (21) days from the date of this Order, the parties shall file a Joint Motion for Approval of Settlement Agreement, submitting a copy of the complete, executed settlement agreement to the Court for review. The parties must provide documentation setting forth the basis for the fees, costs, and judgment calculations.

2. In the interim, the Clerk shall **CLOSE** this case for *administrative purposes only*. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in Chambers, at Miami, Florida, on this 26th day of July 2017.

_____
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*